| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>BSI FINANCIAL SERVICES, as servicer<br>for UMB BANK, NATIONAL ASSOCIATION NOT<br>IN ITS INDIVIDUAL CAPACITY BUT SOLELY<br>AS LEGAL TITLE TRUSTEE OF MART LEGAL<br>TITLE TRUST 2015-NPL, BSI FINANCIAL<br>SERVICES<br>R.A. LEBRON, ESQ.<br>BSI452<br>bankruptcy@feinsuch.com | **Order Filed on December 28, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>PATTIE ZAMORE<br><br><br><br><br>Debtor(s). | Case No.: 15-22649 KCF<br><br>Adv. No.:<br><br>Hearing Date: December 21, 2015<br><br>Judge: Hon. Kathryn C. Ferguson, Chief Judge |

**ORDER RESOLVING OBJECTION TO PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 28, 2015**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): PATTIE ZAMORE
Case No: 15-22649 KCF
Caption of Order: **ORDER RESOLVING OBJECTION TO PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BSI FINANCIAL SERVICES, as servicer for UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE OF MART LEGAL TITLE TRUST 2015-NPL, BSI FINANCIAL SERVICES as to certain real property known as <u>316 YORK AVE, STATEN ISLAND, NY 10301</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor shall complete a sale of 316 YORK AVENUE, STATEN ISLAND, NY 10301 by June 1, 2016.

2. The Debtor shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

3. If a sale is not completed, the Debtor must either file a modified plan, seek voluntary dismissal or convert the case.

4. If a modified plan is filed, the arrearage claim of BSI FINANCIAL SERVICES, as servicer for UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE OF MART LEGAL TITLE TRUST 2015-NPL, BSI FINANCIAL SERVICES shall be scheduled and paid through the Chapter 13 plan.

**(Page 3)**
Debtor(s): PATTIE ZAMORE
Case No: 15-22649 KCF
Caption of Order: **ORDER RESOLVING OBJECTION TO PLAN**
_____

    5.    The monthly post petition payment amount is subject to change in accordance with the terms of the underlying Note, Mortgage and applicable federal and state law.

    6.    The loan matures on July 1, 2020. The Debtor agrees that any and all remaining amounts due under the terms of the Note & Mortgage, subject to applicable bankruptcy, federal and state law, shall be paid at that time.

    7.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

    8.    The Court shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.