UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

Order Filed on April 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-22649

Judge: Kathryn C. Ferguson
Chapter 13

In the Matter of

PATTIE ZAMORE
             DEBTOR

Recommended Local Form:          ☐ Followed          x  Modified

# AMENDED ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages **ORDERED.**

**DATED: April 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 316 York Avenue, Staten Island, New York (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order.  Until such satisfaction the real property is not free and clear of liens.

3. ☐x  Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    Name of Professionals:  Robert C. Nisenson, Esq.

    Amount to be paid:  $1,026.00

    Services Rendered:  legal fees

    Name of Professionals: Paul F. Byrnes, Esq.

    Amount to be paid $1,100.00

    Services Rendered: legal fees

    Name of Professionals: Tom Crimmins Realty, LTD

    Amount to be paid 13,800

    Services Rendered real estate fees

**OR:**   ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions, real estate taxes and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $22,400.00 claimed as exempt may be paid to the Debtor.

6. The **XX** balance of proceeds or the ☐ balance due on the Debtor's Chapter 13 must be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

8. The Debtor must file a modified plan not later than 21 days after date of this order.

9. Other provisions: "The liens of BSI Financial Services and USB shall remain on the premises commonly known as 318 York Avenue, Staten Island, New York until the closing proceeds are received and applied by BSI Financial and USB.

10. All real estate taxes and water and sewer fees will be paid at the time of closing.

11. The Debtor will not pay the claim of Specialized Loan Services from the sale of the property but will pay them through the loss mitigation program.